UNITED STATES of America,
Appellee,

v.

James Charles POE, III, Appellant.

No. 10–1093.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 13, 2010.

Filed: April 22, 2010.

Jana K. Harris, Stacey E. McCord, Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Kim Driggers, Assistant Federal Public Defender, Federal Public Defender's Office, Little Rock, AR, for Appellant.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

James Poe appeals the 12–month prison term the district court[1] imposed upon revoking his supervised release. We con-

---

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

clude that the revocation sentence, which is within both the statutory limit and the advisory Guidelines range, is not unreasonable. *See United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)); *see also* 18 U.S.C. § 3583(e) (factors to be considered before revoking supervised release and imposing sentence; limit on revocation sentence for Class C and D felonies); *United States v. Perkins,* 526 F.3d 1107, 1110–11 (8th Cir.2008) (district court need not make specific findings where record shows court was aware of relevant factors; on appeal, revocation sentence within Guidelines range is accorded presumption of reasonableness).

Accordingly, we affirm, and we grant counsel's motion to withdraw.